## UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

### MIDDLE DISTRICT OF GEORGIA

475 MULBERRY STREET

P.O. BOX 128

MACON, GEORGIA 31202-0128

GREGORY J. LEONARD
CLERK
PHONE: 478-752-0711
FAX: 478-752-3450
gregory_leonard@gamd.uscourts.gov

OFFICES

| | |
|---|---|
| ALBANY | 31701 |
| ATHENS | 30601 |
| COLUMBUS | 31902 |
| MACON | 31202 |
| THOMASVILLE | 31792 |
| VALDOSTA | 31601 |

May 19, 2011

Mr. Joe Cass Chapman
Irwin County Detention Center
132 Cotton Drive
Ocilla, GA 31774

RE:   Joe Cass Chapman vs. Irwin County, et. al.
      Civil Action Number 3:11-CV-71(CAR)

Dear Mr. Chapman:

In response to your letter received May 8, 2011, it is too early to have the court consider issuing subpoenas. You need to wait until the defendants have been served and answers or responses filed by their attorneys. It may be that your defendants are in possession of the records you seek and you can ask for those records to be produced from their attorneys without the court having to issue a subpoena. In any event, wait until the defendants make an appearance in the case.

Sincerely,

GREGORY J. LEONARD
CLERK

GJL/dhs